IN THE MATTER OF THE APPLICATION FOR A DISSOLU-
TION OF THE EVENING JOURNAL ASSOCIATION.

Argued June 12, 1950—Decided June 27, 1950.

*Mr. James D. Carpenter* argued the cause for the appellants J. Albert Dear, et als. (*Messrs. Carpenter, Gilmour & Dwyer,* attorneys).

*Mr. Edward J. O'Mara* argued the cause for the respondents (*Messrs. O'Mara, Conway & Schumann,* attorneys). *Mr. Joseph A. Davis* on the brief.

PER CURIAM. The judgment under review is affirmed for the reasons expressed in the opinion of Judge Stanton in the Court below.

*For affirmance*—Justices CASE, OLIPHANT, WACHENFELD, BURLING and ACKERSON—5.

*For reversal*—None.